1   BAUM & BLAKE
    DAVID B. BAUM State Bar 28506
2   MARTIN BLAKE State Bar 98021
    OneMarket Plaza
3   Steuart Tower, Suite 1030
    San Francisco CA 94105
4   Telephone:  415/956-5544
    Facsimile:   415/956-5547
5

6   Attorneys for Plaintiff LINDSAY FOCHT

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11
    LINDSAY FOCHT,                        )   No. CV-10-0906 EMC
12                                        )
                         Plaintiff,       )   ASSIGNED FOR ALL PURPOSES TO
13                                        )   MAGISTRATE JUDGE EDWARD M.
        vs.                               )   CHEN
14                                        )
    SOL MELIA, S.A. dba SOL MELIA         )
15  HOTELS & RESORTS,                     )   STIPULATION RE MOTION TO
                                          )   DISMISS; PROPOSED ORDER
16                       Defendant.       )
                                          )   Date:        July 14, 2010
17                                        )   Time:        10:30 a.m.
                                          )   Courtroom:   Courtroom C, 15th Floor
18                                        )
                                          )
19                                        )
                                          )
20                                        )

21

22       It is hereby stipulated to and agreed between the Parties as testified by the signatures of their

23   respective counsel of record as follows:

24       1.   That Defendant's motion to dismiss presently set for July 14, 2010, shall be continued to

25   10:30 a.m. on July 21, 2010.

26       2.   That the sole issue to be determined on the hearing of the above motion on July 21, 2010,

27   shall be the issue of service and the pleadings shall be directed to that issue. Plaintiff's Opposition shall

28   be filed and served June 30, 2010 and Defendant's Reply shall be filed and served July 7, 2010.

                                                                                                    1

    STIPULATION RE MOTION TO DISMISS; PROPOSED ORDER

1

2      3.      That, without prejudice to Plaintiff filing a motion to compel jurisdictional depositions,

3  written discovery comprising interrogatories and a demand for documents on jurisdictional issues shall

4  be propounded by Plaintiff and answered by Defendant;

5      4.      That a Case Management Conference will be held on July 21, 2010, after the hearing of

6  the service issue at which time the court will give further directions including, but not limited to, setting

7  a hearing date and a briefing schedule for the remainder of the motion to dismiss (jurisdiction and forum

8  non conveniens issues).

9

10  Dated: ~~May~~ June 1 ____, 2010          BAUM & BLAKE

11

12                                            By: _____

13                                                  MARTIN BLAKE
                                                  Attorneys for Plaintiff LINDSAY FOCHT
14

15

16  Dated: May 28, 2010                       WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

17

18                                            By: _____

19                                                  RALPH W. ROBINSON
                                                  ELEANOR W. KNIGHT
20                                                Attorneys for Defendant SOL MELIA, S. A.
                                                  dba SOL MELIA HOTELS & RESORTS
21

22

23

24

25

26

27

28

STIPULATION RE MOTION TO DISMISS; PROPOSED ORDER

1

**ORDER**

2

3      The Court having considered the Stipulation of Counsel and GOOD CAUSE APPEARING,

4   hereby Orders as follows:

5      1.      That Defendant's motion to dismiss presently set for July 14, 2010, shall be continued to

6   10:30 a.m. on July 21, 2010.

7      2.      That the sole issue to be determined on the hearing of the above motion on July 21, 2010,

8   shall be the issue of service and the pleadings shall be directed to that issue. Plaintiff's Opposition shall

9   be filed and served June 30, 2010 and Defendant's Reply shall be filed and served July 7, 2010.

10     3.      That, without prejudice to Plaintiff filing a motion to compel jurisdictional depositions,

11  written discovery comprising interrogatories and a demand for documents on jurisdictional issues shall

12  be propounded by Plaintiff and answered by Defendant;

13     4.      That a Case Management Conference will be held on July 21, 2010, after the hearing of

14  the service issue at which time the court will give further directions including, but not limited to, setting

15  a hearing date and a briefing schedule for the remainder of the motion to dismiss (jurisdiction and forum

16  non conveniens issues).   A joint CMC statement shall be filed by 7/14/10.

17     Dated this _____ day of May 2010.   3rd day of June, 2010



18

19          _____
            HON. EDWARD M. CHEN
20          MAGISTRATE                    IT IS SO ORDERED
                                          AS MODIFIED
21

22                                        Judge Edward M. Chen

23

24

25

26

27

28

STIPULATION RE MOTION TO DISMISS; PROPOSED ORDER

3