1  RALPH W. ROBINSON (SBN: 51436)
   ELEANOR W. KNIGHT (SBN: 255155)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  525 Market Street – 17th Floor
   San Francisco, California 94105-2725
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendant,
6  SOL MELIA, S.A. dba SOL MELIA HOTELS & RESORTS

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11 
   LINDSAY FOCHT,                          | Case No.: C 10-00906 EMC
12                                         |
                Plaintiff,                  | Honorable Edward M. Chen
13                                         |
   vs.                                     | **STIPULATION TO CONTINUE INITIAL**
14                                         | **CASE MANAGEMENT CONFERENCE;**
   SOL MELIA, S.A. dba SOL MELIA HOTELS    | **[PROPOSED] ORDER**
15 & RESORTS,                              |
                                            | [L.R. 7-11]
16              Defendant.                  |
                                            | Current CMC date: Jul. 21, 2010, 1:30 P.M.
17                                         | Proposed CMC date: Sept. 29, 2010, 1:30 P.M.
                                            |
18                                         | Action Filed: March 3, 2010

19     **IT IS HEREBY STIPULATED**, pursuant to Local Rule 7-11, by and between Defendant
20 SOL MELIA, S.A. dba SOL MELIA HOTELS & RESORTS ("Defendant") and Plaintiff
21 LINDSAY FOCHT through their attorneys of record, as follows:
22     1.     That the initial Case Management Conference presently set for July 21, 2010, shall
23 be continued to 1:30 p.m. on September 29, 2010; the date provided to counsel for Defendant by
24 your clerk, Betty Lee; and
25     2.     That at the July 21, 2010 hearing at 10:30 a.m. on the service of process portion of
26 Defendants' Motion to Dismiss, the court will give further directions including, but not limited, to,
27 setting a hearing date and a briefing schedule for the remainder of the motion to dismiss
28 (jurisdiction and forum non conveniens issues).

1

3. This stipulated request for continue of the Case Management Conference will not alter the date of any other event or deadline already fixed by Court order.

Dated: June 23, 2010

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
RALPH W. ROBINSON
ELEANOR W. KNIGHT
Attorneys for Defendant,
SOL MELIA, S.A. dba SOL MELIA HOTELS & RESORTS

Dated: June 23, 2010

BAUM & BLAKE

By: _____
DAVID B. BAUM
MARTIN BLAKE
Attorneys for Plaintiff,
LINDSAY FOCHT

PURSUANT TO STIPULATION, IT IS SO ORDERED: CMC reset from 7/21/10 to 9/29/10 at 1:30 p.m. Joint CMC statement shall be filed by 9/22/10.

Dated: ____6/25____, 2010

_____
Honorable Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA