```
BAUM & BLAKE
DAVID B. BAUM [State Bar 28506]
MARTIN BLAKE [State Bar 98021]
OneMarket Plaza
Steuart Tower, Suite 1030
San Francisco CA 94105
Telephone: 415/956-5544
Facsimile:  415/956-5547
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDSAY FOCHT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SOL MELIA, S.A. dba SOL MELIA HOTELS & RESORTS,<br><br>　　　　　Defendant. | No. 3:10-CV-00906-EMC<br><br>ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER<br><br>Current Conference Date: 10/13/10<br>Time:　　　　　　　　　　3:00 p.m.<br>Proposed Status Conference<br>　Date:　　　　　　　10/27/10, 1:30 p.m.<br>Action filed:　　　　　　March 3, 2010 |

　　　　IT IS HEREBY STIPULATED, pursuant to Local Rule 7-11, by and between Plaintiff LINDSAY FOCHT and specially appearing Defendant SOL MELIA, S.A. dba SOL MELIA HOTELS & RESORTS through their attorneys of record, as follows:

　　　　1.　　　That the scheduled Status Conference presently set for October 13, 2010 shall be vacated and continued to 1:30 p.m. on October 27, 2010.

//

//

//

---

STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER　　　　1

1  Dated: October 12, 2010                    BAUM & BLAKE
2
3
4                                              By: /s/ Martin Blake
5                                                  MARTIN BLAKE
                                                   Attorneys for Plaintiff
6
7
8  DATED: October 8, 2010                     WILSON, ELSER, MOSKOWITZ, EDELMAN
                                              & DICKER LLP
9
10
11                                             By: /s/ Ralph Robinson
12                                                 RALPH ROBINSON
                                                   ELEANOR KNIGHT
13                                                 Attorneys for Defendant,
                                                   SOL MELIA, S.A. dba
14                                                 SOL MELIA HOTELS & RESORTS
15
16
17        PURSUANT TO STIPULATION, IT IS SO ORDERED: **Status Conference shall be
18  continued to 1:30 p.m. on October 27, 2010.  A joint CMC statement shall be filed by
    October 22, 2010.**
19
20  Dated: October 12, 2010
                                               _____
21                                             Honorable Edward M. Chen

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA