1  RALPH W. ROBINSON (SBN: 51436)
   ELEANOR W. KNIGHT (SBN: 255155)
2  **WILSON, ELSER, MOSKOWITZ,**
      **EDELMAN & DICKER LLP**
3  525 Market Street – 17th Floor
   San Francisco, California 94105-2725
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant,
6  SOL MELIA, S.A. dba SOL MELIA HOTELS & RESORTS

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12  LINDSAY FOCHT, | Case No.:  C 10-00906 EMC |
| 13                  Plaintiff, | Assigned for all Purposes to the Magistrate Judge Edward M. Chen |
| 14  vs. | **STIPULATION TO CONTINUE** |
| 15  SOL MELIA, S.A. dba SOL MELIA HOTELS & RESORTS, | **DISCOVERY STATUS CONFERENCE; [PROPOSED] ORDER** |
| 16                  Defendant. | **[L.R. 7-11]** |
| 17 | Current Conference date: October 27, 2010, 1:30 P.M. |
| 18 | Proposed Conference date: November 24, 2010, ~~1:30 P.M.~~    3:00 p.m. |
| 19 | Action Filed: March 3, 2010 |
| 20 | |

21      **IT IS HEREBY STIPULATED,** pursuant to Local Rule 7-11, by and between specially-

22  appearing Defendant SOL MELIA, S.A. dba SOL MELIA HOTELS & RESORTS ("Defendant")

23  and Plaintiff LINDSAY FOCHT through their attorneys of record, as follows:

24         1.      That the scheduled Discovery Status Conference presently set for October 24, 2010,

25  shall be continued to ~~1:30~~ p.m. on November 24, 2010; the date provided to counsel for
                          3:00 pm

26  / / /

27  / / /

28  / / /
   / / /                                                  1
   _____
   STIPULATION AND PROPOSED ORDER REGARDING REQUEST FOR CONTINUANCE OF DISCOVERY
                            STATUS CONFERENCE
   [L.R. 7-11] 598070.1                                Case No.: C 10-00906 EMC

1   Defendant by your clerk, Betty Lee.

2

3   Dated: October 21, 2010                               WILSON, ELSER, MOSKOWITZ,
                                                          EDELMAN & DICKER LLP
4

5
                                              By:        /s/ Eleanor W. Knight
6                                                    ELEANOR W. KNIGHT
                                                     Attorney for Defendant,
7                                                    SOL MELIA, S.A. dba SOL MELIA HOTELS
                                                     & RESORTS
8

9

10  Dated: October 21, 2010                               BAUM & BLAKE

11

12                                            By:        /s/ Martin Blake
                                                     MARTIN BLAKE
13                                                   Attorney for Plaintiff,
                                                     LINDSAY FOCHT
14

15        PURSUANT TO STIPULATION, IT IS SO ORDERED:   that the discovery status
          conference is reset from 10/27/10 to 11/24/10 at 3:00 p.m.  A joint discovery status
16        report shall be filed by 11/17/10.
                10/25
17  Dated: _____, 2010                      _____
                                                     Honorable Edward M. Chen
18

19

20

21                              IT IS SO ORDERED
                                AS MODIFIED
22                              Judge Edward M. Chen

23

24

25

26

27

28

                                              2
    STIPULATION AND PROPOSED ORDER REGARDING REQUEST FOR CONTINUANCE OF DISCOVERY
                                        STATUS CONFERENCE
    [L.R. 7-11] 598070.1                                          Case No.: C 10-00906 EMC