1   BAUM & BLAKE
    DAVID B. BAUM [State Bar 28506]
2   MARTIN BLAKE  [State Bar 98021]
    OneMarket Plaza
3   Steuart Tower, Suite 1030
    San Francisco CA 94105
4   Telephone:  415/956-5544
    Facsimile:   415/956-5547
5
6   Attorneys for Plaintiff
7
8                   UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION
11
12  LINDSAY FOCHT,                          )  No. 3:10-CV-00906-EMC
                                            )
13                            Plaintiff,    )  ASSIGNED FOR ALL PURPOSES TO
                                            )  MAGISTRATE JUDGE EDWARD M.
14       vs.                                )  CHEN
                                            )
15  SOL MELIA, S.A. dba SOL MELIA           )
    HOTELS & RESORTS,                       )  STIPULATION TO CONTINUE STATUS
                                            )  CONFERENCE; [PROPOSED] ORDER
16                            Defendant.    )
                                            )
17                                          )  Current Conference Date: 11/24/10
                                            )  Time:                    1:00 p.m.
18                                          )  Proposed Status Conference
                                            )    Date:          01/19/11, 3:00 p.m.
19                                          )  Action filed:      March 3, 2010
                                            )
20  _____ )
21       IT IS HEREBY STIPULATED, pursuant to Local Rule 7-11, by and between Plaintiff

22  LINDSAY FOCHT and specially appearing Defendant SOL MELIA, S.A. dba SOL MELIA HOTELS &

23  RESORTS through their attorneys of record, as follows:

24       1.      That the scheduled Status Conference presently set for November 24, 2010 shall be

25  vacated and continued to 3:00 p.m. on January 19, 2011.

26       2.      The Parties completed the deposition of Carlos Sosa on November 10, 2010.

27       3.      The parties have also met and conferred on seven (7) interrogatory answers that are in

28  dispute. The Defendant has agreed to consider providing further answers and will respond by December

STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER

1

3, 2010. Once these interrogatory answer issues are resolved, the parties will meet and confer on the scope of the Sol Melia PMK deposition and if agreed, schedule the same at a mutually convenient time, date and place.

     3.    The Parties will advise the Court if there are issues on which the court's assistance is needed and respectfully request the Court to continue the hearing from November 24, 2010 to January 19, 2011.  at 3:00 p.m.  A joint status report shall be filed by January 12, 2011.

Dated: November 18, 2010

BAUM & BLAKE

By: _____
MARTIN BLAKE
Attorneys for Plaintiff

DATED: November 18, 2010

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By : _____
RALPH ROBINSON
ELEANOR KNIGHT
Attorneys for Defendant,
SOL MELIA, S.A. dba
SOL MELIA HOTELS & RESORTS

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____11/18_____, 2010

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER