```
1  BAUM & BLAKE
   DAVID B. BAUM [State Bar 28506]
2  MARTIN BLAKE [State Bar 98021]
   OneMarket Plaza
3  Steuart Tower, Suite 1030
   San Francisco CA 94105
4  Telephone: 415/956-5544
   Facsimile:  415/956-5547
5

6  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDSAY FOCHT,<br><br>                Plaintiff,<br><br>vs.<br><br>SOL MELIA, S.A. dba SOL MELIA HOTELS & RESORTS,<br><br>                Defendant. | No. 3:10-CV-00906-EMC<br><br>ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN<br><br>**STIPULATION TO CONTINUE MOTION HEARING AND STATUS CONFERENCE; [PROPOSED] ORDER**<br><br>**Current Hearing and Conference**<br>Date:            1/21/11<br>Time:           10:30 a.m.<br>**Proposed Hearing and Status Conference**<br>Date:           2/2/11, 10:30 a.m.<br>Action filed:    March 3, 2010 |

      IT IS HEREBY STIPULATED, pursuant to Local Rule 7-11, by and between Plaintiff LINDSAY FOCHT and specially appearing Defendant SOL MELIA, S.A. dba SOL MELIA HOTELS & RESORTS through their attorneys of record, as follows:

      1.    That the scheduled Motion Hearing and Status Conference presently set for January 21, 2011 at 10:30 a.m. shall be vacated and shall be continued to February 2, 2011 at 10:30 a.m.

---

STIPULATION TO CONTINUE MOTION HEARING AND STATUS CONFERENCE; [PROPOSED] ORDER    1

2. This continuance is due to conflicts created by the court's prior decision to move the above hearings from January 19, 2011.

Dated: January 11, 2011                BAUM & BLAKE

By: _____
MARTIN BLAKE
Attorneys for Plaintiff

DATED: January 11, 2011                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
RALPH ROBINSON
ELEANOR KNIGHT
Attorneys for Defendant,
SOL MELIA, S.A. dba
SOL MELIA HOTELS & RESORTS

PURSUANT TO STIPULATION, IT IS ORDERED THAT THE SCHEDULED MOTION HEARING AND STATUS CONFERENCE PRESENTLY SET FOR JANUARY 21, 2011 AT 10:30 A.M. SHALL BE VACATED AND SHALL BE CONTINUED TO FEBRUARY 2, 2011 AT 10:30 A.M. Defendant's opposition to Plaintiff's motion for attorney's fees (Docket #57) shall be filed by January 19, 2011. No reply from Plaintiff is allowed.

Dated: January 12, 2011

_____
HONORABLE EDWARD M. CHEN

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

STIPULATION TO CONTINUE MOTION HEARING AND [PROPOSED] ORDER