BAUM & BLAKE
DAVID B. BAUM [State Bar 28506]
MARTIN BLAKE [State Bar 98021]
OneMarket Plaza
Steuart Tower, Suite 1030
San Francisco CA 94105
Telephone: 415/956-5544
Facsimile:   415/956-5547

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDSAY FOCHT,<br><br>            Plaintiff,<br><br>    vs.<br><br>SOL MELIA, S.A. dba SOL MELIA HOTELS & RESORTS,<br><br>            Defendant. | No. CV-10-0906 EMC<br><br>**REVISED [PROPOSED] ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL; AND GRANTING PLAINTIFF'S MOTION RE REASONABLE EXPENSES INCLUDING ATTORNEY'S FEES**<br>**(Docket Nos. 51, 57)**<br><br>Date:       ~~January 21, 2011~~<br>Time:       10:30 a.m.<br>Courtroom: C, 15th Floor |

    The motion of Plaintiff LINDSAY FOCHT for an order for reasonable expenses including attorney's fees came on regularly for hearing in Courtroom C, of this Court on February 2, 2011. Martin Blake, Esq. appeared on behalf of Plaintiff LINDSAY FOCHT and Eleanor Knight Esq., Esq. and Ralph Robinson, Esq. appeared on behalf of Defendant SOL MELIA, S.A. dba SOL MELIA HOTELS & RESORTS.

    Having read the motion, the memoranda of points and authorities, the declarations and exhibits thereto, and having heard the oral argument of counsel, and GOOD CAUSE APPEARING,

---
REVISED [PROPOSED] ORDER GRANTING REASONABLE EXPENSES INCLUDING ATTORNEY'S FEES                                1

1    IT IS ORDERED that the motion to compel by Plaintiff LINDSAY FOCHT's is **DENIED AS
2    MOOT** as the requested information has been produced, and that Plaintiff's motion for reasonable
3    attorney's fees is **GRANTED**.  Defendant SOL MELIA shall pay to Plaintiff the sum of $1,800 as
4    reasonable attorney's fees in connection with the preparation and filing of the motion.

5    This order disposes of Docket Nos. 51 and 57.

7    IT IS SO ORDERED.

9    Dated: February 3, 2011



EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

REVISED [PROPOSED] ORDER GRANTING REASONABLE EXPENSES INCLUDING ATTORNEY'S FEES   2