1   BAUM & BLAKE
    DAVID B. BAUM [State Bar 28506]
2   MARTIN BLAKE  [State Bar 98021]
    OneMarket Plaza
3   Steuart Tower, Suite 1030
    San Francisco CA 94105
4   Telephone:  415/956-5544
    Facsimile:   415/956-5547
5

6   Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  LINDSAY FOCHT,                    ) No. 3:10-CV-00906-EMC
                                      )
13                       Plaintiff,   )
                                      ) ASSIGNED FOR ALL PURPOSES TO
14       vs.                          ) MAGISTRATE JUDGE EDWARD M.
                                      ) CHEN
15  SOL MELIA, S.A. dba SOL MELIA     )
    HOTELS & RESORTS,                 ) STIPULATION TO CONTINUE
16                                    ) MOTION HEARING AND STATUS
                         Defendant.   ) CONFERENCE; [PROPOSED] ORDER
17                                    )
                                      ) Current Hearing Date: September 30, 2011
18                                    ) Time: 1:30 p.m.
                                      ) Proposed Hearing Date: November 30,
19                                    ) 2011 .
                                      )
20                                    )
                                      ) Action filed:  March 3, 2010
21  ─────────────────────────────────)

22       IT IS HEREBY STIPULATED, pursuant to Local Rule 7-11, by and between Plaintiff

23  LINDSAY FOCHT and specially appearing Defendant SOL MELIA, S.A. dba SOL MELIA HOTELS &

24  RESORTS through their attorneys of record, as follows:

25       1.      That the scheduled Motion Hearing and Status Conference presently set for September

26  30, 2011 at 1:30 p.m. shall be vacated and shall be continued to November 18, 2011 at 1:30 p.m.

27

28

                                                                                              1

    701856.1
    STIPULATION TO CONTINUE MOTION HEARING AND STATUS CONFERENCE; [PROPOSED] ORDER

1  Plaintiff's Opposition brief shall be filed by October 28, 2011 and Defendant's Reply brief shall be filed
2  by November 4, 2011.

3      2.      That an updated joint status conference statement shall be filed by November 11, 2011
4  and that a status conference will be held at the conclusion of the Motion to Dismiss hearing on
5  November 18, 2011.

6      3.      This continuance and order is due to the fact that the deposition of the person most
7  knowledgeable ("PMK") of Sol Melia Vacation Club, ("SMVC") a subsidiary of Defendant Sol Melia
8  S.A., ("Sol") had to be continued due to the emergency hospitalization of Mr. Henry, the designated
9  witness, the day before his scheduled deposition on June 8, 2011. Mr. Henry was hospitalized by reason
10  of pneumonia and has suffered complications that make it unlikely he will fit to testify before August
11  2011. The deposition of SMVC is important because it sells timeshares in Sol Hotels and Plaintiff
12  contends that its California sales are attributable to Sol, its parent company, as evidence of doing
13  business in the state.

14      Defense counsel has agreed that unless it is confirmed by July 25, 2011, that Mr. Henry will be
15  fit to testify during the first two weeks of August, another witness will be prepared to testify and the
16  PMK deposition will be scheduled no later than August 15, 2011.

17      For the facts and reasons stated the Court is respectfully requested to grant the continuance
18  requested and rescheduled the dates accordingly.

19  Dated: June **3𝕠**, 2011            BAUM & BLAKE

20

21                                    By: _____

22                                         MARTIN BLAKE
                                           Attorneys for Plaintiff
23

24  DATED: June 27, 2011              WILSON, ELSER, MOSKOWITZ, EDELMAN
                                      & DICKER LLP
25

26

27                                    By: _____

28

                                                                                2

RALPH ROBINSON and
ELEANOR KNIGHT
Attorneys for Defendant,
SOL MELIA, S.A. dba
SOL MELIA HOTELS & RESORTS

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS ORDERED

THAT:

1.      The scheduled hearing on Defendant's Motion to Dismiss and Case Status Conference
December 2, 2011
presently set for September 28, 2011 at 1:30 p.m. shall be vacated and shall be continued to ~~November~~
at 1:30 p.m.
~~18, 2011 at 1:30 p.m.~~  Plaintiff's Opposition brief shall be filed by October 28, 2011 and Defendant's

Reply brief shall be filed by November 4, 2011.
23
2.      An updated Joint Status conference Statement shall be filed by November ~~11~~, 2011, and a

Status conference shall be held at the conclusion of the hearing on the Motion to Dismiss on ~~November~~

~~18, 2011.~~      December 2, 2011 at 1:30 p.m.

Dated: _____ July 1 _____, 2011

HONORABLE EDWARD M. CHEN

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3